IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:18-CR-00013-001 LJO |
|---|---|
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| SAMMY RODRIGUEZ DELGADO | |
| Defendant. | |

A Contested hearing was held on October 9, 2018.

The defendant shall be released with the same previously ordered conditions of supervised release issued on 3/29/2013, in addition to conditions stated on the record, incorporated herein.

Disposition Hearing set for November 13, 2018 at 9:00am.

The defendant shall be released forthwith.

IT IS SO ORDERED.

Dated: **October 9, 2018**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE